Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Brenda Pickern

Gregory Hurley, SBN 126791
Michael Chilleen, SBN 210704
Bradley J. Leimkuhler, SBN 261024
**SHEPPARD MULLIN RICHTER & HAMPTON**
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
Email: ghurley@sheppardmullin.com
      mchilleen@sheppardmullin.com
      bleimkuhler@sheppardmullin.com

Attorney for Defendant RM Chevy's, LLC

Richard H. Gray, SBN 53641
**LAW OFFICE OF RICHARD H. GRAY**
1500 River Park Drive, Suite 115
Sacramento, CA 95815-4607
Telephone: (916) 929-7730
Facsimile: (916) 929-7734
Email: rhg@rgraylawoffice.com

Attorney for Defendant Gold River Village Associates

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RM Chevy's, *et al.*,<br><br>　　　Defendants. | Case No. 2:14-cv-01687-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

    Plaintiff Brenda Pickern ("Plaintiff") and Defendants RM Chevy's, LLC, and Gold River Village Associates, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 12, 2016        DISABLED ADVOCACY GROUP, APLC

                                            /s/  Scottlynn J Hubbard
                                         Scottlynn J Hubbard
                                         Attorney for Plaintiff Brenda Pickern

Dated: April 12, 2016        SHEPPARD MULLIN RICHTER
                                         & HAMPTON

                                            /s/  Gregory F. Hurley
                                         Gregory F. Hurley
                                         Attorney for Defendant RM Chevy's, LLC

Dated: April 12, 2016        LAW OFFICE OF RICHARD H. GRAY

                                            /s/  Richard H. Gray
                                         Richard H. Gray
                                         Attorney for Defendant Gold River Village Associates

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-01687-JAM-CMK, is hereby dismissed with prejudice.

Dated: 4/12/2016

                                         /s/ John A. Mendez
                                         United States District Court Judge